JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKY BROWN,<br><br>    Petitioner,<br><br>v.<br><br>T. PEREZ, WARDEN,<br><br>    Respondent. | Case No. CV 09-01837 VAP (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: June 5, 2009

_/s/ Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY